## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN GENE LAYTON,
*Appellant.*

(90-60221; CA A71859)

834 P2d 553

Richard L. Fredericks, Springfield, argued the cause for appellant. With him on the brief were Lynn S. Walsh, Certified Law Student, and Thorp, Dennett, Purdy, Golden & Jewett, P.C., Springfield.

Meg Kieran, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Kaye Ellen Sunderland, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. King*, 114 Or App 32, 36, 834 P2d 463 (1992).